1  KING, HOLMES, PATERNO & SORIANO, LLP
   Howard E. King, Esq., State Bar No. 77012
2  Jackson S. Trugman, Esq., State Bar No. 295145
   jtrugman@khpslaw.com
3  Heather L. Pickerell, Esq., State Bar No. 346211
   hpickerell@khpslaw.com
4  1900 Avenue of the Stars, Twenty-Fifth Floor
   Los Angeles, California 90067-4506
5  Telephone: (310) 282-8989
   Facsimile: (310) 282-8903
6
   Attorneys for Plaintiffs, PAUL D. BEAUREGARD p/k/a DJ PAUL
7  and JORDAN HOUSTON p/k/a JUICY J

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12

13 | PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual, et al., | CASE NO. 2:24-CV-9259 PA (Ex) |
   | --- | --- |
14 |              Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
15 |          vs. | The Hon. Percy Anderson |
16 | SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual, et al., | Trial Date:      December 16, 2026 |
17 | |
18 |              Defendants. |

19

20

21

22

23

24

25

26

27

28

1        Plaintiffs Paul Beauregard p/k/a "DJ Paul" and Jordan Houston p/k/a "Juicy

2  J" ("Plaintiffs"), on the one hand, and Scott Arceneaux, Jr. p/k/a "Scrim", Aristos

3  Petrou p/k/a "Ruby Da Cherry," G59 Records, Inc. and Orchard Enterprises NY,

4  Inc. (collectively, the "SSB Defendants"), on the other hand, hereby agree that this

5  case has been settled in its entirety as to the Plaintiffs and the SSB Defendants, and

6  all claims and all issues and controversies between Plaintiffs and the SSB

7  Defendants have been resolved to their mutual satisfaction.

8        Accordingly, the Parties stipulate and agree that the action shall be dismissed

9  as to the Plaintiffs and the SSB Defendants in its entirety pursuant to Rule 41(a)(2)

10  with prejudice as to all claims of Plaintiffs against the SSB Defendants, and each

11  side shall bear its own attorney's fees and costs.

12        **IT IS SO STIPULATED**.

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KING, HOLMES,
PATERNO &
SORIANO, LLP

3392.066/3123970.1

2

STIPULATION OF DISMISSAL WITH PREJUDICE

1 | DATED:  October 6, 2025           KING, HOLMES, PATERNO &
2 |                                   SORIANO, LLP

3 |

4 |                                   By:     /s/ Heather L. Pickerell
5 |                                        JACKSON S. TRUGMAN
6 |                                        HEATHER L. PICKERELL
                                      Attorneys for Plaintiffs, PAUL D.
7 |                                   BEAUREGARD p/k/a DJ PAUL and JORDAN
                                      HOUSTON p/k/a JUICY J
8 | DATED:  October 6, 2025           FOX ROTHSCHILD LLP
9 |

10 |

11 |                                  By:     /s/ Timothy C. Matson
12 |                                       TIMOTHY C. MATSON
                                      Attorneys for Defendants, SCOTT
13 |                                  ARCENEAUX JR. p/k/a SCRIM, ARISTOS
                                      PETROU p/k/a RUBY DA CHERRY, G*59
14 |                                  RECORDS, INC. AND ORCHARD
15 |                                  ENTERPRISES NY, INC.

16 |

17 |

18 |        **DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE**

        I, Heather L. Pickerell, attest that all other signatories listed, and on whose
19 |

20 | behalf the filing is submitted, concur in the filing's content and have authorized the

filing. *See* C.D. Cal. R. 5-4.3.4(a)(2)(i).
21 |

22 | DATED: October 6, 2025

23 |

24 |                                  By:     /s/ Heather L. Pickerell
25 |                                       HEATHER L. PICKERELL
26 |

27 |

28 |

KING, HOLMES,
PATERNO &
SORIANO, LLP

3392.066/3123970.1                              3
STIPULATION OF DISMISSAL WITH PREJUDICE