AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>US District Court, Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
|---|---|---|
| DOCKET NO.<br>2:24-cv-09259 | DATE FILED<br>10/28/2024 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual; and JORDAN HOUSTON p/k/a JUICY J, an individual | SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual; ARISTOS PETROU p/k/a RUBY DA CHERRY, an individual; IVAN RAMIREZ p/k/a RAMIREZ, an individual, et al., |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0002477768 | Glock in My Draws | Paul Beauregard |
| 2 | PA0002468416 | Tired of Dis Shit | Paul Beauregard |
| 3 | PA0002468879 | It Was Triple Six | Jordan Houston |
| 4 | SRu001374940 | So High | Paul Beauregard |
| 5 | SEE ATTACHMENT | SEE ATTACHMENT | SEE ATTACHMENT |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>Charlene Kelly | DATE<br>10/8/2025 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual; and JORDAN HOUSTON p/k/a JUICY J, an individual

v.

SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual; ARISTOS PETROU p/k/a RUBY DA CHERRY, an individual; IVAN RAMIREZ p/k/a RAMIREZ, an individual, et al.

No. 2:24-cv-09259

| | | | |
|---|---|---|---|
| 5. | PA0002469871 | Everything is Business Pt. 1 | Paul Beauregard, Jordan Houston |
| 6. | PA0002477987 | Everything is Business (Remix) | Paul Beauregard, Jordan Houston |
| 7. | PA0002470061 | Gotta Get Some Endz | Paul Beauregard |
| 8. | PA0002206393 | Walk Up To Your House (Walk Up 2 Yo House) | Paul Beauregard, Jordan Houston |
| 9. | SR0000233299 | Walk Up To Your House (Walk Up 2 Yo House) | Paul Beauregard, Jordan Houston |
| 10. | PA0002468508 | Porno Movie | Paul Beauregard, Jordan Houston |
| 11. | PA0002468662 | Smoking on a J. | Paul Beauregard |
| 12. | PA0000954798 | Mystic Styles | Paul Beauregard, Jordan Houston |
| 13. | SRu000311201 | Mystic Styles | Paul Beauregard, Jordan Houston |
| 14. | PA0002468374 | Pimpin & Robbin | Paul Beauregard, Jordan Houston |
| 15. | PA0002468375 | Beat Down | Paul Beauregard, Jordan Houston |
| 16. | PA0002468506 | You Try To Run | Paul Beauregard, Jordan Houston |
| 17. | PA0002470063 | Tire Shop (feat. DJ Paul) | Paul Beauregard, Jordan Houston |
| 18. | PA0002206402 | Where's Da Bud? | Paul Beauregard, Jordan Houston |
| 19. | SR0000233299 | Where's Da Bud? | Paul Beauregard, Jordan Houston |
| 20. | PA0002469356 | Are U Ready 4 Us? | Paul Beauregard, Jordan Houston |
| 21. | PA0002468579 | Drop It Off Your Azz | Paul Beauregard |

| 22. | PA0002468904 | Fuckin Wit My Money | Paul Beauregard, Jordan Houston |
| --- | --- | --- | --- |
| 23. | PA0002468708 | Blow A Nigga's Ass Off | Paul Beauregard, Jordan Houston |
| 24. | PA0002468891 | Come & Get Yo Wig Split | Jordan Houston |
| 25. | PA0002468347 | Liquor and Powder | Paul Beauregard |
| 26. | PA0002468151 | Be A Witness | Paul Beauregard, Jordan Houston |
| 27. | PA0002468883 | Gorilla Pimp- Featuring Namond Lumpkin | Paul Beauregard, Jordan Houston |
| 28. | PA0002468892 | Lick My Nutz | Paul Beauregard |
| 29. | PA0002468476 | Nigga Wanna Ass Wooping | Jordan Houston |
| 30. | PA0002468328 | Fuck Dj Squeeky | Paul Beauregard |
| 31. | PA0002470287 | Front Page | Paul Beauregard |
| 32. | PA0002468505 | Time For The Juice Mane | Paul Beauregard, Jordan Houston |
| 33. | PA0002468883 | Sucks On Dick | Paul Beauregard, Jordan Houston |
| 34. | PA0002468651 | Sawed Off | Paul Beauregard |
| 35. | PA0002206043 | Now I'm high, really high | Paul Beauregard, Jordan Houston |