1  KING, HOLMES, PATERNO & SORIANO, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
   JTRUGMAN@KHPSLAW.COM
3  HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
   HPICKERELL@KHPSLAW.COM
4  1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
5  TELEPHONE: (310) 282-8989
   FACSIMILE: (310) 282-8903
6
7  Attorneys for Plaintiffs, PAUL D.
   BEAUREGARD p/k/a DJ PAUL and JORDAN
8  HOUSTON p/k/a JUICY J

9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11                          WESTERN DIVISION
12

| PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual, et al., | Case No. 2:24-CV-9259 PA (Ex) |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | The Hon. Percy Anderson |
| SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual, et al., | Trial Date: December 16, 2026 |
| Defendants. | |

Plaintiffs Paul Beauregard p/k/a "DJ Paul" and Jordan Houston p/k/a "Juicy J" ("Plaintiffs"), on the one hand, and Ivan Ramirez ("Ramirez," and together with Plaintiffs, the "Parties") on the other hand, hereby agree that this case has been settled in its entirety as to the Plaintiffs and Ramirez, and all claims and all issues and controversies between Plaintiffs and Ramirez have been resolved to their mutual satisfaction. Accordingly, the Parties stipulate and agree that the action shall be and is hereby dismissed as to the Plaintiffs and Ramirez in its entirety pursuant to Rule 41(a)(2) with prejudice as to all claims of Plaintiffs against Ramirez, and each side shall bear its own attorney's fees and costs and waives any right to appeal it may have.

**IT IS SO STIPULATED.**

Dated: November 26, 2025

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Jackson S. Trugman*
JACKSON S. TRUGMAN
HEATHER L. PICKERELL

Attorneys for Plaintiffs, PAUL D. BEAUREGARD p/k/a DJ PAUL and JORDAN HOUSTON p/k/a JUICY J

Dated: November 26, 2025

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Sarah E. Moses*
Robert A. Jacobs
Sarah E. Moses

Attorneys for Defendant IVAN RAMIREZ

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE**

I, Jackson S. Trugman, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. See C.D. Cal. R. 5-4.3.4(a)(2)(i).

Dated: November 26, 2025

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Jackson S. Trugman*
JACKSON S. TRUGMAN